JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO BRISENO, | ) CASE NO. 5:23-cv-02478-PVC |
| Plaintiff, | ) |
| | ) [~~PROPOSED~~] |
| vs. | ) **JUDGMENT** |
| | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  04/22/2024                        /S/
                                HON. PEDRO V. CASTILLO
                                UNITED STATES MAGISTRATE JUDGE